UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TAQUAN ALLEYNE, :
:
                     Plaintiff, :         21-CV-9598 (JMF)
:
      -v- :         ORDER
:
WELLS FARGO BANK, NATIONAL ASSOCIATION, :
et al., :
:
                   Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Plaintiff's motion to remand, *see* ECF No. 14, the initial pre-trial conference scheduled for February 17, 2022, is hereby ADJOURNED sine die. The Court will reschedule the conference, if necessary, after addressing the motion to remand.

      SO ORDERED.

Dated: February 7, 2022
       New York, New York
                                                  JESSE M. FURMAN
                                       United States District Judge